**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 10, 2021

**BY ECF**
Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Hong v. Department of Justice et al.*, 21 Civ. 4756 (DLC)

Dear Judge Cote:

I write respectfully on behalf of all parties to provide the Court with an update regarding this matter, and to propose that the initial conference currently scheduled for September 15, 2021, at 2:30 pm be adjourned. This case concerns two requests made by plaintiff Victor Hong ("Plaintiff") under the Freedom of Information Act ("FOIA") from the U.S. Department of Justice and the Securities and Exchange Commission. The agencies previously conducted searches for responsive documents and informed Plaintiff that all of the documents were withheld in full.

Based on further conversations between the parties, we now have a better understanding of the documents Plaintiff would like to receive—and have verified that those documents (if they exist) were not part of the agencies' initial searches. The parties are thus discussing the parameters of supplemental searches to locate such documents. Once the parties agree on such searches, they will propose a schedule to the Court for its approval (unless there are any disagreements that require the Court's intervention). The parties thus respectfully propose that they submit a status report to the Court in four weeks—on October 8, 2021—regarding the supplemental searches and the schedule therefor, and that the Court adjourn the initial conference until after that date.

We thank the Court for its consideration of this matter.

*[Handwritten note: The conference is adjourned sine die. A status letter is due October 8, 2021. /s/ Denise Cote 9/10/21]*

Respectfully,

AUDREY STRAUSS
United States Attorney

By:   __s/Jean-David Barnea__
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiff (by ECF)